**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cecil Loran LEE, Defendant–**
**Appellant.**

No. 01–10664.
D.C. No. CR–97–1040–DAE.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Cecil Loran Lee appeals his guilty plea conviction for possession of marijuana and for growing marijuana in violation of 21 U.S.C. § 844. His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.